*Desert Rock Energy Company, LLC et al. v. EPA*
No. 4:08-cv-872 (S.D. Tex.)
Exhibit B to the Declaration of David Gunter

**SETTLEMENTS WITH THE UNITED STATES UNDER 42 U.S.C. § 7604(d), FY06-FY08**

| Exh. | Case Name | Court Docket No. | Date | Type of Statutory Duties At Issue | Important Case Events | "Similar Cases" | Amount of Settlement |
|---|---|---|---|---|---|---|---|
| B1 | Sierra Club v. Johnson | D.D.C. 05-cv-750 | 8/3/05 | 42 U.S.C. § 7661d(b)(2): Respond to Petition to object to grant of permit | Complaint<br>Stipulation of Dismissal<br>Settlement of fees | ✔ | $ 11,981.86 |
| B2 | Blue Skies Alliance, et al. v. Johnson | N.D. Tex. 04-cv-2169 | 10/8/05 | 42 U.S.C. § 7509(c): Determine whether air quality standards achieved;<br>42 U.S.C. § 7511(b)(2): Reclassification of attainment area;<br>42 U.S.C. § 7410(k)(2): Approve or disapprove two state-submitted SIPs | Complaint<br>Opposed intervention motions<br>Consent Decree<br>Settlement of fees (U.S. only) | ✔ | 45,000.00 |
| B3 | Missouri Coalition for the Env't, et al. v. EPA | E.D. Mo. 04-cv-660 | 12/1/05 | 42 U.S.C. § 7409(d): Review of air quality standards for lead | Complaint<br>Answer<br>Case management hearing<br>Cross-motions for S.J.<br>Consolidation of two cases<br>Status conference<br>Dismissal Order<br>Amended Complaint<br>Motion for Summary Judgment<br>Motion to Alter Judgment<br>Settlement of fees | | 60,589.00 |
| B4 | Louisiana Envt'l Action Network, et al. v. Johnson | M.D. La. 05-cv-184 | 12/13/05 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Stipulation of Dismissal<br>Settlement of fees | ✔ | 1,306.50 |

| Exh. | Case Name | Court Docket No. | Date | Type of Statutory Duties At Issue | Important Case Events | "Similar Cases" | Amount of Settlement |
|---|---|---|---|---|---|---|---|
| B5 | Our Childrens' Earth Foundation, et al. v. EPA | N.D. Cal. 05-cv-94 | 1/16/06 | 42 U.S.C. § 7411(b)(1)(B): Revise performance standards for 3 categories of major sources | Complaint<br>Opposed intervention motions<br>Consent Decree<br>Settlement of fees | ✔ | 33,091.00 |
| B6 | Sierra Club, et al. v. Johnson | N.D. Ill. 05-cv-4425 | 2/24/06 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Intervention by third party<br>Motion hearing<br>Consent Decree<br>Settlement of fees | ✔ | 3,036.66 |
| B7 | Nichols v. Johnson | D.D.C. 05-cv-2215 | 3/14/06 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Stipulation of Dismissal<br>Settlement of fees | ✔ | 4,736.68 |
| B8 | Sierra Club v. Johnson | D.D.C. 05-cv-2177 | 4/5/06 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to permit amendments | Complaint<br>Motion for S.J. (not litigated)<br>Consent Decree<br>Settlement of fees | ✔ | 6,800.00 |
| B9 | Our Childrens' Earth Foundation, et al. v. EPA | N.D. Cal. 05-cv-5184 | 4/6/06 | 42 U.S.C. § 7412(d)(6): Revise emission standards for major sources | Complaint<br>Answer<br>Case management conference<br>Opposed intervention motion<br>Consent Decree<br>Motion to Alter Judgment<br>Settlement of fees | ✔ | 14,123.34 |
| B10 | Environmental Defense v. EPA | N.D. Cal. 05-cv-2090 | 4/12/06 | 42 U.S.C. § 7412(b)(3): Respond to petition to list diesel exhaust as pollutant | Complaint<br>Consent Decree<br>Settlement of fees | ✔ | 16,070.00 |
| B11 | Sierra Club, et al. v. Johnson | D.D.C. 04-cv-0094 | 5/17/06 | 42 U.S.C. § 7521($l$)(2): Promulgate emission limits for hazardous pollutants from motor vehicles | Complaint<br>Motion to dismiss (denied)<br>Answer<br>Consent Decree<br>Settlement of fees | | 67,550.00 |

| Exh. | Case Name | Court Docket No. | Date | Type of Statutory Duties At Issue | Important Case Events | "Similar Cases" | Amount of Settlement |
|---|---|---|---|---|---|---|---|
| B12 | Sierra Club, et al. v. Johnson | D.D.C. 03-cv-2411 | 6/19/06 | 42 U.S.C. § 7412(d)(6): Revise emission standards for major sources for six different pollutants; 42 U.S.C. § 7412(f)(2): Promulgate emission standards for categories of major sources | Complaint<br>Opposed motion to consolidate<br>Consolidation of two cases<br>Consent Decree<br>Settlement of fees | ✔ | 4,376.91 |
| B13 | Medical Advocates for Healthy Air, et al. v. Johnson | N.D. Cal 06-cv-93 | 10/6/06 | 42 U.S.C. § 7410(k)(2): Approve or disapprove state-submitted SIP; 42 U.S.C. § 7410(c)(1): Promulgate a FIP for particulate matter | Complaint<br>Opposed intervention motions<br>Answer<br>Motion for Summary Judgment<br>Motion hearing<br>Judgment granted<br>Settlement of fees | | 83,134.11 |
| B14 | Kentuckians for the Commonwealth, et al. v. Johnson | D.D.C. 06-cv-184 | 10/19/06 | 42 U.S.C. § 7411(b)(1)(B): Revise performance standards for category of major sources | Complaint<br>Answer<br>Consent Decree<br>Settlement of fees | ✔ | 16,092.00 |
| B15 | Sierra Club, et al. v. EPA | N.D. Ga. 06-cv-1523 | 3/5/07 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Answer<br>Consent Decree<br>Settlement of fees | ✔ | 12,000.00 |
| B16 | Idaho Conservation League, et al. v. Johnson | D.D.C. 07-cv-396 | 7/6/07 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Stipulation of Dismissal<br>Settlement of fees | ✔ | 4,945.00 |
| B17 | Rocky Mountain Clean Air Action, et al. v. Johnson | D.D.C. 06-cv-1419 | 8/1/07 | 42 U.S.C. § 7661d(b)(2): Respond to two petitions to object to grant of permits | Complaint<br>Answer<br>Cross-motions for S.J.<br>Stipulation of dismissal<br>Settlement of fees | | 9,536.00 |

| Exh. | Case Name | Court Docket No. | Date | Type of Statutory Duties At Issue | Important Case Events | "Similar Cases" | Amount of Settlement |
|---|---|---|---|---|---|---|---|
| B18 | State of Illinois, et al. v. Johnson | N.D. Ill. 06-cv-6909 | 9/17/07 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Answer<br>Case management conference<br>Consolidation of three cases<br>Consent Decree<br>Settlement of fees | ✔ | 13,771.00 |
| B19 | Sierra Club v. EPA | N.D. Ga. 07-cv-953 | 9/27/07 | 42 U.S.C. § 7410(k)(5): Require state to revise SIP provisions for power plant regulation | | ✔ | 7,843.00 |
| B20 | Sierra Club, et al. v. Johnson | D.D.C. 01-cv-1537 | 10/4/07 | 42 U.S.C. § 7412(c)(3): Promulgate standards for air source area toxics;<br>42 U.S.C. § 7412(c)(6): Promulgate standards for multiple categories of sources of hazardous air pollutants;<br>42 U.S.C. § 7412(d): Promulgate emission standards for 16 categories of major sources;<br>42 U.S.C. § 7412(k): Promulgate regulations for 5 categories of major sources;<br>42 U.S.C. § 7429(a)(1)(E): Promulgate standards for solid waste incineration units;<br>42 U.S.C. § 7429(a)(5): Promulgate performance standards for MWC units;<br>42 U.S.C. § 7511(b)(3): Promulgate emission standards for consumer products | Complaint<br>Intervention of third parties<br>Consolidation of seven cases<br>Partial consent decree<br>Cross-motions for S.J.<br>Modifications to consent decree<br>Settlement of fees | | 190,000.00 |

| Exh. | Case Name | Court Docket No. | Date | Type of Statutory Duties At Issue | Important Case Events | "Similar Cases" | Amount of Settlement |
|---|---|---|---|---|---|---|---|
| B21 | Sierra Club v. Johnson | W.D. Wisc. 07-cv-154 | 10/22/07 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Answer<br>Consent Decree<br>Settlement of fees | ✔ | 3,454.66 |
| B22 | New Jersey Dep't of Envt'l Protection v. Johnson | D.N.J. 07-cv-0612 | 10/30/07 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Stipulation of Dismissal<br>Settlement of fees | ✔ | 3,700.00 |
| B23 | Sierra Club v. Johnson | D.D.C. 07-cv-1040 | 11/7/07 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Motion for S.J. (not litigated)<br>Consent Decree<br>Settlement of fees | ✔ | 4,898.00 |
| B24 | Sierra Club v. EPA | D.N.M. 06-cv-663 | 11/11/07 | 42 U.S.C. § 7410(c): Issue a FIP to regulate emissions from Four Corners Power Plant | Complaint<br>Intervention by third party<br>Consent Decree<br>Settlement of fees | ✔ | 14,360.00 |
| B25 | Sierra Club v. Johnson | D.D.C. 07-cv-414 | 1/24/08 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint<br>Consent Decree<br>Settlement of fees | ✔ | 6,500.00 |
| B26 | Center for Biological Diversity, et al. v. Johnson | D.D.C. 05-cv-1814 | 1/25/08 | 42 U.S.C. § 7409(d)(1): Review air quality standards for 3 air pollutants | Complaint<br>Answer<br>Cross-motions for S.J.<br>Consent Decree<br>Settlement of fees | | 55,145.00 |
| B27 | Sierra Club, et al. v. Johnson | N.D. Ill. 06-cv-4000 | 6/4/08 | 42 U.S.C. § 7661d(c): Grant or deny operating permit for hazardous waste combustor | Complaint<br>Motion to dismiss (denied)<br>Motion to intervene<br>Hearing on intervention<br>Stipulation of Dismissal<br>Settlement of fees | | 7,250.00 |

| Exh. | Case Name | Court Docket No. | Date | Type of Statutory Duties At Issue | Important Case Events | "Similar Cases" | Amount of Settlement |
|------|-----------|------------------|------|-----------------------------------|-----------------------|-----------------|----------------------|
| B28 | MacClarence v. Johnson | D.D.C. 07-cv-55 D.C. Cir. 08-5160 | 6/5/08 | 42 U.S.C. § 7661d(b)(2): Respond to petition to object to grant of permit | Complaint Stipulation of dismissal Litigation of fee motion Appeal by United States Settlement of fees | ✔ | 14,346.10 |
| B29 | Association of Irritated Residents, et al. v. Johnson | N.D. Cal. 08-cv-227 | 12/5/08 | 42 U.S.C. § 7410(k)(2): Approve or disapprove state-submitted SIP | Complaint Answer Consent Decree Settlement of fees | ✔ | 44,566.00 |
| B30 | Communities for a Better Environment, et al. v. EPA | N.D. Cal. 07-cv-3678 | 1/26/09 | 42 U.S.C. § 7409(d): Review of air quality standards for carbon monoxide | Complaint Answer Case management conference Cross-motions for S.J. Settlement of fees | | 65,000.00 |